**Dismissed and Memorandum Opinion filed June 13, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00150-CV

**HELEN TALBERT, Appellant**

**V.**

**MAGNOLIA GROVE, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1126275**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed February 14, 2019. The clerk's record was filed February 27, 2019. The reporter's record was not filed. No brief was filed.

On May 7, 2019, this court issued an order stating that unless appellant filed a brief on or before June 6, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.